UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14365-CIV-GRAHAM/LYNCH

GARY W. GAYLOR,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS d/b/a INDIAN
RIVER CORRECTIONAL INSTITUTION,

    Defendant.
_____/

FILED by ___ D.C.
NOV - 9 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S VERIFIED MOTION TO TAX COSTS [D.E. #92]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion as well as the response in opposition thereto, and this Court finding that it is not necessary to wait for a reply from the Defendant as movant, this Court recommends to the District Court as follows:

    1.    The Defendant was the prevailing party in this action according to the motion based upon the granting of a summary judgment by the District Court. The present motion seeks to have taxed as costs the sums listed in the Affidavit of Costs signed by counsel for the Defendant. Those costs consist of deposition costs of the Plaintiff in the amount of $1,234.62, continuation of deposition of the Plaintiff in the amount of $629.50, and photocopying costs for 1,200 copies at .25 per copy in-house for a total of $300.00. This brings a total amount of costs being sought to be taxed against the Plaintiff to $2,164.12.

    2.    The Plaintiff objects in his response and argues that the motion should be denied due to the lack of requisite detail to "discern whether certain claimed

photocopying charges are taxable under section 1920." The Plaintiff argues that the $300.00 for photocopies are claimed as necessary for the defense in this case, but the Defendant has neglected to provide the required details. This Court disagrees with the Plaintiff's assertion in that regard. As an officer of the court, counsel for the Defendant has stated specifically that in respect to the copying charges incurred in this case, that they were "incurred in this matter and submitting their Motion for Summary Judgment, in conducting discovery, and in successfully defending against Plaintiff's claims amount to $300.00." Further, in respect to the claims for costs, counsel for the Defendant states that the "fees for copies of papers necessarily obtained for use in the action, such as copies of the Defendants exhibits in support of their Motion for Summary Judgment and the case file, are taxable." Additionally, the Defendant's motion alleges "Defendant incurred copy expenses that were necessary for discovery and the successful defense of Plaintiff's claims." This Court finds that those allegations and assertions are sufficient to establish that the copies incurred were necessary to the litigation and were not made solely for the convenience of counsel as argued by the Plaintiff.

3.  The Plaintiff also argues that the affidavit fails to state the price charged per page or the total amount of pages copied. However, a clear examination of the Affidavit of Costs lists "In-house Photocopies (1,200 x .25) totaling $300.00." This Court does not see what else the Defendant could have done to set forth the total number of copies, the per-page cost, and the total amount. Therefore, this Court finds the Plaintiff's objection in that matter unfounded.

4.  The Plaintiff's response does not challenge the other costs relating to the Plaintiff's deposition.

2


**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's Motion To Tax Costs [D.E. #92] be **GRANTED** in the sum of $2,164.12 and that all of the costs incurred were taxable under 28 U.S.C. §1920, and that a judgment of costs in that amount be entered by the District Court against the Plaintiff.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 9th day of November, 2010, at Ft. Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc:
Hon. Donald L. Graham
Christopher J. Whitelock, Esq.
Louis I. Mussman, Esq.