UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 09-14365-Civ-GRAHAM/LYNCH

GARY W. GAYLOR,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS d/b/a INDIAN
RIVER CORRECTIONAL INSTITUTION

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant's Verified Motion to Tax Costs [D.E. 92].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch.  The Magistrate Judge issued a Report [D.E. 97] recommending that Defendant's motion be granted in the sum of $2,164.12. The parties did not file objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch's Report [D.E. 97] is **RATIFIED, AFFIRMED and APPROVED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that Defendant's Verified Motion to Tax Costs [D.E. 92] is **GRANTED in the sum of $2,164.12** and that all of the costs incurred were taxable under 28 U.S.C. §1920, and that a judgment of costs in that amount is hereby entered against the Plaintiff.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3**2** day of January, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Lynch
     All Counsel of Record